COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-148-CV

MERCHANT BANKCARD APPELLANT

SERVICES CORPORATION

V.

ELECTRONIC CASH CARD                   APPELLEE

INTERNATIONAL, INC. 

----------

FROM THE 141
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON and WALKER, JJ.

WALKER, J. not participating.

         DELIVERED: December 11, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.